IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM ANKELE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARCUS HAMBRICK | : | NO. 02-4004 |

O R D E R

AND NOW, this 2nd day of July, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Jan E. DuBois to the calendar of the Honorable Cynthia M. Rufe, as related to Civil Action No. 01-6925.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court