IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM ANKELE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARCUS HAMBRICK | : | NO. 02-4004 |

**O R D E R**

**AND NOW,** this      day of September, 2002, after conference with the parties, **IT IS HEREBY ORDERED AND DECREED** that:

1. All discovery shall be completed by January 3, 2003;

2. Expert reports shall be provided by October 30, 2002;

3. Any expert rebuttal report shall be provided by November 20, 2002;

4. Case dispositive motions shall be filed by January 24, 2003;

5. Responses thereto are to be filed within the time period prescribed by Local Rule of Civil Procedure 7.1(c).

6. A final pretrial conference is scheduled for May 8, 2003, at 4:00 p.m. in chambers.  At least one of the attorneys for each party shall have the authority to enter into stipulations and to make admissions regarding all matters.  Counsel shall also be prepared to discuss settlement at said conference.

7. Final pretrial memorandum shall be filed pursuant to Local Rule of Civil Procedure 16.1(c) and shall contain all items listed in that rule, including the following: a jurisdictional statement; statement (or in defendant's memorandum, counterstatement) of the facts of the case; damages computation, or description of other relief sought; list of intended witnesses, designated separately for liability and damages; schedule of exhibits to be offered at trial; estimate of required trial time; and

special comments regarding legal issues, stipulations, amendments of pleadings, or other appropriate matters. Plaintiffs shall file their pretrial memoranda by April 24, 2003. Defendants shall file their pretrial memoranda by May 1, 2003.

In addition to the above, if applicable, each party is required to submit the following in conjunction with the pretrial memoranda: proposed voir dire questions, proposed jury instructions (one point per page), proposed jury interrogatories, a trial memorandum on the legal issues involved in the case, and any motions in limine. The failure to submit proposed jury instructions may result in the forfeiture of either party's right to object to omissions in the jury charge. If possible, counsel should provide the Court with copies of the proposed jury instructions and jury interrogatories on 3.5" IBM compatible computer diskettes, in a format readable by WordPerfect 9.

8. In preparation for the final pretrial conference, counsel are expected to communicate with each other on the following matters in an effort to reach agreement or, if agreement is not possible, to submit the precise points in dispute, in writing, in a joint statement on the following: (a) agreed upon and disputed facts; (b) objections to any proposed witnesses; (c) objections to any proposed exhibits (including objections to genuineness and authenticity); (d) objections to any depositions to be read at trial; (e) disputed legal issues; (f) amendments to pleadings; (g) stipulated to and disputed points for charge; (h) verdict sheet and special interrogatories; and (i) number of days required for trial.

9. Trial is scheduled for May 13, 2003, at 10:00 a.m. Counsel are directed to report to the fourth floor of the United States Courthouse for courtroom assignment.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.