IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM ANKELE** : | | |
| Plaintiff : | | CIVIL ACTION |
| : | | No. 02-4004 |
| v. : | | |
| : | | |
| **MARCUS HAMBRICK** : | | |
| **Defendant** : | | |
| : | | |

## ORDER

**AND NOW**, this 15th day of May, 2003, the Court having continued trial and permitted further pleadings and discovery, it is hereby **ORDERED** that Defendant's Motion in Limine [Doc. # 26] is **DENIED AS MOOT**.

It is so **ORDERED**.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**