IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM ANKELE** : | | |
|    Plaintiff | : | CIVIL ACTION |
| | : | No. 02-4004 |
| v. | : | |
| | : | |
| **MARCUS HAMBRICK** | : | |
|    **Defendant** | : | |
| | : | |

## ORDER

**AND NOW**, this 9th day of June, 2003, the Clerk of Court is hereby **ORDERED** to file the attached "Answer to Amended Complaint" on the docket for the above-captioned case. It is further **ORDERED** that the attached "Answer to Amended Complaint" shall be considered filed in this case as of June 2, 2003. It is further **ORDERED** that counsel shall ensure that all future filings contain the correct docket number.

It is so **ORDERED**.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**