IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM ANKELE | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | No. 02-4004 |
| v. | : | |
| | : | |
| MARCUS HAMBRICK | : | |
|     Defendant | : | |

**AMENDED SCHEDULING ORDER**

AND NOW, this 30th day of July, 2003, the Order entered on May 13, 2003 is amended as follows:

1. Trial in the above-captioned matter is rescheduled for a three week trial pool commencing on November 18, 2003.

2. The Order entered on May 13, 2003 is affirmed in all other respects.

BY THE COURT:

_____
CYNTHIA M. RUFE,        J.