IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM ANKELE** | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | No. 02-4004 |
| v. | : | |
| | : | |
| **MARCUS HAMBRICK** | : | |
| Defendant | : | |
| | : | |

## ORDER

**AND NOW**, this 8th day of October, 2003, the Court having granted summary judgment in favor of Defendant Marcus Hambrick on all counts, it is hereby **ORDERED** that Defendant's Motion in Limine [Doc. # 47] is **DENIED AS MOOT**.

It is so **ORDERED**.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**