IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADAM ANKELE

                                      02-4004
                                      District Court Docket Number

        vs.

MARCUS HAMBRICK

Notice of Appeal Filed 10/24/03
Court Reporter(s)/ESR Operator(s)not known

Filing Fee:
        Notice of Appeal  x  Paid  __ Not Paid   __Seaman
        Docket Fee          x  Paid  __ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

                                          Defendant's Address (for criminal appeals)

                                        Prepared by :_____
                                                      Ronald Vance
                                                  Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm